E-FILED
Tuesday, 25 August, 2026 06:56:59 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-CR-20016 |
| | ) | |
| MEGAN CARROLL, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>THE UNITED STATES OF AMERICA'S MOTION FOR STATUS CONFERENCE</u>**

The United States of America, by Gregory M. Gilmore, United States Attorney for the Central District of Illinois, and William J. Lynch, Assistant United States Attorney seeks a status conference. The following is stated in support thereof:

1. On July 22, 2026, this Court granted the defendant's second motion to continue. Dkt. 37. The motion was unopposed.
2. In granting the motion, this Court directed future filings to comply with its Order Regarding Trial Date ("Order"). Dkts. 22, 37.
3. The undersigned and opposing counsel spoke prior to the filing deadline set by the Order. The undersigned received indication from opposing counsel that he was inclined to continue the matter. The undersigned indicated no objection to such a continuance.
4. On August 25, 2026, the undersigned and opposing counsel spoke where opposing counsel indicated he had technical difficulties filing a motion to continue in

CM/ECF and PACER and would be filing a motion to continue on August 26, 2026.

5. Both counsel agreed that the instant filing should be made in order to comply with the Order.

6. Given the foregoing and that the defendant's plea of not guilty has not changed, the United States is therefore under the impression that "the case will proceed to trial but not on the scheduled trial date."

WHEREFORE, the United States seeks a status conference.

Respectfully submitted,

GREGORY M. GILMORE
UNITED STATES ATTORNEY

/s/William J. Lynch
IL Bar No. 6324270
Assistant United States Attorney
United States Attorney's Office
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217-373-5875
William.Lynch@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the attorney of record.

/s/ William J. Lynch
*Assistant United States Attorney*