E-FILED
Wednesday, 26 August, 2026 10:56:44 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MEGAN CARROLL,<br><br>Defendant. | ) | No. 26-cr-20016 |

**MOTION FOR LEAVE TO FILE MOTION TO CONTINUE TRIAL**

NOW COMES Defendant, MEGAN CARROLL, by and through her attorney, Robert J. Hanauer, and hereby moves for leave to file the attached Motion to Continue Trial, and in support of same, states as follows:

1. Counsel for Defendant had technical difficulties signing into and filing the attached motion on Pacer.
2. The issue has now been resolved.
3. Accordingly, Defendant now seeks to file the attached motion.

WHEREFORE, Defendant, MEGAN CARROLL, respectfully requests that this Court grant Defendant leave to file the attached Unopposed Motion to Continue; and grant such other, further relief as the Court deems just and proper under the circumstances.

Respectfully Submitted,

HANAUER LAW OFFICE, LLC.

By:/s/ Robert J. Hanauer

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 26-cr-20016 |
| MEGAN CARROLL, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, August 26, 2026, the foregoing document, Unopposed Motion to for Leave to File Motion to Continue Trial was electronically filed with the Clerk of the Court using the CM/ECF system which will send noticed of such filing to the following:

William Lynch
William.lynch@usdoj.gov

And I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant(s):

NONE

ROBERT J. HANAUER, ESQ., ARDC No. 6306102
HANAUER LAW OFFICE, LLC
110 SW Jefferson Ave., Ste. 510
Peoria, Illinois 61602
Telephone: (309) 966-4423
Email: rob@hanauerlaw.com;