E-FILED
Wednesday, 26 August, 2026 10:56:44 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 26-cr-20016 |
| v. | ) | |
| MEGAN CARROLL, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

NOW COMES Defendant, MEGAN CARROLL, by and through her attorney, Robert J. Hanauer, and pursuant to 18 U.S.C. 3161(h)(7)(A), hereby states to this Honorable Court as follows:

1. This case is currently set for September 8, 2026, at 9:00 a.m.
2. Counsel for Defendant needs additional time to review discovery.
3. The undersigned counsel has spoken with Defendant; Defendant has no objection to said continuance request and understands that said continuance will toll her speedy-trial rights.
4. The undersigned Counsel has spoken with the Government, and the Government does not object to the requested continuance.
5. This motion is not being brought for purposes of delay; rather, it is being brought because it is in the best interest of justice.

WHEREFORE, Defendant, MEGAN CARROLL, respectfully requests that this Court continue the trial settings; resetting same 60 days; and granting such other, further relief as the Court deems just and proper under the circumstances.

Respectfully Submitted,

HANAUER LAW OFFICE, LLC.

By:/s/ Robert J. Hanauer

ROBERT J. HANAUER, ESQ., ARDC No. 6306102
HANAUER LAW OFFICE, LLC
110 SW Jefferson Ave., Ste. 510
Peoria, Illinois 61602
Telephone: (309) 966-4423
Email: rob@hanauerlaw.com;

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 26-cr-20016 |
| v. | ) | |
| MEGAN CARROLL, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, August 26, 2026, the foregoing document, Unopposed Motion to Continue was electronically filed with the Clerk of the Court using the CM/ECF system which will send noticed of such filing to the following:

William Lynch
William.lynch@usdoj.gov

And I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant(s):

NONE

ROBERT J. HANAUER, ESQ., ARDC No. 6306102
HANAUER LAW OFFICE, LLC
110 SW Jefferson Ave., Ste. 510
Peoria, Illinois 61602
Telephone: (309) 966-4423
Email: rob@hanauerlaw.com;