E-FILED
Monday, 19 October, 2026 01:46:59 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 26-cr-20016 |
| MEGAN CARROLL, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

NOW COMES Defendant, MEGAN CARROLL, by and through her attorney, Robert J. Hanauer, and pursuant to 18 U.S.C. 3161(h)(7)(A), hereby states to this Honorable Court as follows:

1. This case is currently set for trial on November 2, 2026, at 9:00 a.m.
2. Counsel for Defendant needs additional time to review discovery and determine case strategy.
3. The undersigned counsel has spoken with Defendant; Defendant has no objection to said continuance request and understands that said continuance will toll her speedy-trial rights.
4. The undersigned Counsel has spoken with the Government, and the Government does not object to the requested 60 day continuance.
5. This motion is not being brought for purposes of delay; rather, it is being brought because it is in the best interest of justice.

WHEREFORE, Defendant, MEGAN CARROLL, respectfully requests that this Court continue the trial settings; resetting same 60 days; and granting such other, further relief as the Court deems just and proper under the circumstances.

Respectfully Submitted,

HANAUER LAW OFFICE, LLC.

By:/s/ Robert J. Hanauer
ROBERT J. HANAUER, ESQ.,
ARDC No. 6306102

**Hanauer Law Office, LLC**
110 SW Jefferson Ave, Suite 510
Peoria, IL 61602
309-966-4423
Email for service:
rob@hanauerlaw.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 26-cr-20016 |
| MEGAN CARROLL, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on Monday, October 19, 2026, the foregoing document, Unopposed Motion to Continue was electronically filed with the Clerk of the Court using the CM/ECF system which will send noticed of such filing to the following:

William Lynch
William.lynch@usdoj.gov

And I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant(s):

NONE

Respectfully Submitted,

HANAUER LAW OFFICE, LLC.

By:/s/ Robert J. Hanauer

**Hanauer Law Office, LLC**
110 SW Jefferson Ave, Suite 510
Peoria, IL 61602
309-966-4423
Email for service:
rob@hanauerlaw.com

ROBERT J. HANAUER, ESQ.,
ARDC No. 6306102