E-FILED
Monday, 19 October, 2026 04:08:30 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
v. )
) No. 26-CR-20016
KYLE J. SHAY, )
)
Defendant. )

## MOTION TO CONTINUE TRIAL DATE

**NOW COMES** Defendant, KYLE J. SHAY, by and through his attorney, Daniel L. Fultz of Brown, Hay & Stephens, LLP, and pursuant to 18 U.S.C. 3161(h)(7)(A) hereby states to this Honorable Court as follows, that:

1. This case is currently set for Trial on November 2, 2026, at 9:00 a.m.

2. Counsel for Defendant needs additional time to review discovery.

3. Counsel has spoken with his client who has no objection to the Motion to Continue.

4. Counsel for Mr. Shay has spoken to Assistant United States Attorney William Lynch, who does not oppose this motion.

5. This motion is not being brought for purposes of delay; rather, it is being brought because it is in the best interest of justice.

**WHEREFORE**, the Defendant respectfully prays that this Court continue the Trial date in this matter for a period of at least 60 days, and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

**BROWN, HAY & STEPHENS, LLP**

By: /s/ Daniel L. Fultz

Daniel L. Fultz
Reg. No. 6282911
Natalia Galica
Reg. No. 6335903
**BROWN, HAY & STEPHENS, LLP**
205 South Fifth Street
P.O. Box 2459
Springfield, IL 62705
Telephone: (217) 544-8491
Fax: (217) 241-1333
E-mail: dfultz@bhslaw.com
ngalica@bhslaw.com
cc: cdiamond@bhslaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William Lynch
Assistant United States Attorney
William.lynch@usdoj.gov

and I hereby certify that I have delivered the document via U.S. Mail to the following non-CM/ECF participants:

Kyle Shay
6 Country Club Lane
Arcola, IL 61910

By: /s/ Daniel L. Fultz

Daniel L. Fultz
Reg. No. 6282911
Natalia Galica
Reg. No. 6335903
**BROWN, HAY & STEPHENS, LLP**
205 South Fifth Street
P.O. Box 2459
Springfield, IL 62705
Telephone: (217) 544-8491
Fax: (217) 241-1333
E-mail: dfultz@bhslaw.com
ngalica@bhslaw.com
cc: cdiamond@bhslaw.com